The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOEL SACKS, in his Official Capacity as Director, Washington State Department of Labor & Industries,<br><br>Defendant. | NO. 3:17-cv-5902-RJB<br><br>SECOND DECLARATION OF DAVID JOHNSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIVIL. P. 12(b)(1) |

I, David Johnson, declare under the penalty of perjury under the laws of Washington State that the following is true and correct:

1. I am the Program Manager for the Employment Standards Program of the Washington State Department of Labor & Industries authorized to state the Department of Labor & Industries' position in this case.

2. In my previous declaration, I stated the Department has not threatened to enforce its break rule to BNSF or any railroad and has no plans to do so. This means that the Department will not enforce its break rule, Washington Administrative Code § 296-126-092, against any interstate railroad. It may change its position if a final appellate

---

SECOND DECLARATION OF DAVID JOHNSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIVIL. P. 12(b)(1) -- NO. 3:17-cv-5902-TLF

1

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7740

court decision provides that federal law does not preempt WAC 296-126-092. It is speculative to think this would occur and whether the Department would allocate its limited resources to an enforcement action.

3. The Department has taken no position on whether federal preemption applies and does not intend to take a position on this subject in any private litigation.

DATED this 16th day of January 2018 in Tumwater Washington by

_____
David Johnson

SECOND DECLARATION OF DAVID
JOHNSON IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS
UNDER FED. R. CIVIL. P. 12(b)(1) -- NO.
3:17-cv-5902-TLF

2

ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7740